UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,
Plaintiff,

-against-

RONALD J. TARIGO, et al.,
Defendants.

25-CV-9154 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On April 29, 2026, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 32.

On May 21, 2026, the Court issued an Order to Show Cause ordering Defendants to respond in writing no later than June 5, 2026, as to why an order should not be issued granting a default judgment against Defendants. ECF No. 41. The Court warned that if Defendants failed to respond by that date, judgment may be entered against them. *Id*. Defendants failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendants.

Further, it is hereby ORDERED that all parties appear for a conference with the Court on **October 21, 2026, at 12:00 p.m**. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 1149103828#. The parties should be prepared to discuss the judgment to be entered following the default judgment.

The Clerk of Court is directed to terminate ECF No. 32.

SO ORDERED.

Dated: October 1, 2026
White Plains, New York

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge